AO 455 (Rev. 05/85) Waiver of Indictment

# United States District Court
for the
Western District of New York

United States of America

v.

RICO J. VENDETTI

_Defendant_

WAIVER OF INDICTMENT

Case No. 10-CR-360-A

 

I, <u>RICO J. VENDETTI</u>, the above-named defendant, who is accused of a violation of Title 18, United States Code, Sections 1962(c) and 2 being advised of the nature of the charges, the proposed Superseding Information, and of my rights, hereby waive in open court on <u>December 5, 2014</u>, prosecution by indictment and consent that the proceedings may be by Superseding Information rather than by indictment.

_____
RICO J. VENDETTI
_Defendant_

_____
MATTHEW R. LEMBKE, ESQ.
_Counsel for Defendant_

Before _____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
_Judicial Officer_

Dec. 5, 2014