UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                                    Case No. 10-CR-360-A

    *-vs-*

RICO J. VENDETTI, ET AL.

    *Defendants.*

---

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2016, I electronically filed the foregoing second supplemental sentencing memorandum using the CM/ECF system, which sent notification of such filing to the following:

1.     Anthony M. Bruce, Esq., AUSA

2.     Defense Counsel


    S/MATTHEW R. LEMBKE
    Matthew R. Lembke

    **Cerulli, Massare & Lembke**
    45 Exchange Blvd, Suite 925
    Rochester, NY 14614
    Telephone: [585] 454-3323
    E-Mail: matt.lembke@cmllawfirm.com